UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| STATE OF MISSOURI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:15CV1352 HEA |
| GEORGE M. KNIEST, et al., | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motions to "modify the judgment" and for hearing. In other words, plaintiffs seek to vacate the order of remand in order to keep this matter in federal court.

The Court has already reviewed this matter extensively and found no statutory basis for removal jurisdiction. As such, plaintiffs' criminal actions were summarily remanded to the Courts from whence they came. The Court will not reopen or review the judgment or vacate its prior order of remand, as there are no procedural grounds for doing so.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motions to modify the judgment or for hearing or to vacate the order of remand [Doc. #11 and #12] are **DENIED**.

Dated this 8th day of October, 2015.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

1