**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1352 HEA |
| | ) | |
| GEORGE M. KNIEST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motion to "correct citation of authority." As the actions removed in this matter have already been remanded to the courts from whence they came, the Court will not entertain any further motions in this case. Plaintiffs' motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to "correct citation of authority" [Doc. #13] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any further filings in this case.

Dated this 9th day of October, 2015

\_\_\_\_\_

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

1